January 22nd, 1912.

———o———

5457.

(Court of Appeals, Parish of Orleans.)

## JOHN TILLMAN vs. GUENARD FURNITURE COMPANY, LIMITED.

Appeal from the Civil District Court, Division "A."

Geo. Montgomery, G. Fernandez, for plaintiff and appellee.

Thilborger & Duffy, for defendant and appellant.

L. M. Janin, attorney.

DUFOUR, J.—Considering the motion on file of appellants herein suggesting to the Court that they decide to dismiss this appeal.

It is ordered that the appeal herein taken by the Gue-

nard Furniture Company, Limited, appellants, be dismissed at appellants costs.

January 22, 1912.